IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DANIEL BROWN, et ux.** | * | Case No. 93113517(MD) (1) |
| | | Case No. 93-3482 |
| | * | |
| **Plaintiffs** | | |
| | * | |
| v. | | |
| | * | |
| | * | |
| **ACandS, Inc., et al.** | | |
| | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR LEAVE TO AMEND AND FOR SUBSTITUTION OF PARTIES AND AMENDMENT OF LOSS OF CONSORTIUM CLAIM

1. Viola Brown moves this Court for an Order substituting her, in her capacity as Personal Representative of the Estate of Daniel Brown, Plaintiff herein deceased, as Plaintiff in this action, without prejudice to the proceedings already had in this action and, as grounds therefore, show to the Court that Daniel Brown, Plaintiff herein, died March 19, 2001, that the said Viola Brown was appointed Personal Representative of the Estate of Daniel Brown by the Register of Wills for Baltimore City, and that she was duly qualified and is now acting as such Personal Representative; and that this is an action at law for personal injuries and therefore the claim has not been extinguished by the death of Plaintiff.

2. Viola Brown, Plaintiff and surviving spouse of Daniel Brown, moves this Court for an Order allowing the amendment of her loss of consortium claim, in her capacity as plaintiff and surviving spouse of Daniel Brown, Plaintiff herein, deceased, without prejudice to the

proceedings already had in this action and, as grounds therefore, shows to the Court that Daniel Brown, Plaintiff herein, died March 19, 2001; that the said Viola Brown has lost and been deprived of the services, care, attention, society, companionship, comfort, protection, marital care, advice, counsel and guidance which her husband rendered to her while alive.

**WHEREFORE,** Viola Brown, Personal Representative of the Estate of Daniel Brown, requests this Court to substitute her as Plaintiff herein in place of Daniel Brown, deceased, and Viola Brown, surviving spouse of Daniel Brown, requests this Court's permission to amend her loss of consortium claim.

                                                                /s/
**EVE E. PRIETZ**
**Bar No. 06071**
**Law Offices of Peter G. Angelos**
**A Professional Corporation**
**5905 Harford Road**
**Baltimore, Maryland 21214**
**(410) 426-3200**

**ATTORNEY FOR PLAINTIFFS**

## **STATEMENT OF AUTHORITIES**

1. United States District Court for the District of Maryland Local Rule 103(b) and (c).

                                                                    /s/
**EVE E. PRIETZ**
**Bar No. 06071**
**Law Offices of Peter G. Angelos**
**A Professional Corporation**
**5905 Harford Road**
**Baltimore, Maryland 21214**
**(410) 426-3200**

**ATTORNEY FOR PLAINTIFFS**