# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **VIOLA BROWN,** | * | Case No. 93113517 (MD) (1) |
| **Personal Representative of the Estate** | * | Case No. 93-3482 |
| **of ADOLPHUS J. HOWZE, et ux.** | * | |
| | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| v. | * | |
| | * | |
| AC&S, INC., et al. | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2006 a copy of Plaintiff's Motion to for Leave to Amend and Proposed Order, and Amended Complaint which were electronically filed in this case on December 27, 2006, was mailed via first class mail, postage prepaid, to the following parties:

John S. Cobb, Esquire
North & Cobb
7313 York Road
Towson, Maryland 21204
Attorney for General Refractories Co.

M. King Hill, III, Esquire
Venable, LLP
210 Allegheny Avenue
PO Box 5517
Towson, Maryland 21204
Attorney for Rapid American Corp.

Geoffrey S. Gavit, Esquire
Gavit & Datt
15850 Crabbs Branch Way, Ste. 180
Rockville, Maryland 20850
Attorney for J.H. France Refractories

Tom Radcliffe, Esquire
DeHay & Elliston, LLP
36 S. Charles Street,
13th Floor
Baltimore, Maryland 21201
Attorney for Viacom, Inc., Successor by Merger
    To CBS Corp. and Foster Wheeler Corp.


                      /s/
_____
**EVE E. PRIETZ**
**Bar No. 06071**
**Law Offices of Peter G. Angelos**
**A Professional Corporation**
**5905 Harford Road**
**Baltimore, Maryland 21214**
**(410) 426-3200**

**Attorney for Plaintiffs**