IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DANIEL BROWN, et ux.** | * | Case No. 93113517 (MD) (1) |
| | * | Case No. 93-3482 |
| Plaintiffs | * | |
| | * | |
| | * | |
| v. | * | |
| | * | |
| **ACandS, Inc., et al.** | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*



## O R D E R

1. On Motion of Viola Brown for substitution in place of Daniel Brown, deceased, it appearing to the Court that the said Daniel Brown died testate on March 19, 2001; that the claim asserted by him in this action was not thereby extinguished; and that Viola Brown has been duly appointed Personal Representative of the Estate of Daniel Brown, and is qualified and is acting as such.

2. On Motion of Viola Brown, plaintiff and surviving spouse of Daniel Brown, deceased, for the amendment of her loss of consortium claim, it appearing to the Court that the said Daniel Brown. died on March 19, 2001; that the Plaintiff, Viola Brown, and Plaintiff's decedent were husband and wife at the time of his death.

**IT IS ORDERED,** that Viola Brown, Personal Representative of the Estate of Daniel Brown, be substituted as Plaintiff herein in the place of Daniel Brown, deceased, without prejudice to any proceedings heretofore had in this action, and that the title of the action be amended accordingly.

**IT IS HEREBY ALSO ORDERED,** that Viola Brown, Plaintiff and surviving spouse of

Daniel Brown, be permitted to amend her loss of consortium claim to this action without prejudice to any proceedings heretofore had in this action.

_____ J.
JUDGE
James T. Giles

DATE: 1/8/2007